# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL ROBINSON,<br>   Plaintiff,<br><br>      v.<br><br>EURO MOTORS d/b/a BMW OF MAIN LINE<br>   Defendant. | : : : : : : : : | CIVIL ACTION<br><br>No. 23-cv-3561 |

## ORDER

AND NOW, this 3rd day of October, 2024, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 20), it is hereby **ORDERED** that said Motion is **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**